Nicholas M. Porras, Esq.
Bar Number: 12849
Waldman and Porras, PLLC
201 West Liberty St. Ste. 207
Reno, Nevada 89501
Ph 775.525.9246/Fax 888.688.4975
nick@dwaldmanlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-12-19467-abl |
| | ) | Chapter 13 |
| Johnny Tarver | ) | |
| and | ) | Claim # 12 |
| Larri Jean Tarver | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

1. On November 17, 2017 I served the following documents:
   - **Response to Notice of Final Cure Payment (The Notice of Final Cure payment was incorrectly uploaded and served on the parties as the Secured Creditor's Response to Notice of Final Cure Payment)**

2. I served the above-named documents by the following means to the persons as listed below:

   a. ECF System
      Rick A. Yarnall
      ecfmail@LasVegas13.com, ecfimport@lasvegas13.com
      *Chapter 13 Trustee*

      ECF System
      Laura L. Fritz

1

Fiona@fritz lawyers.com, fritzbk@lvcoxmail.com; fritzlawyers@lvcoxmail.com
*Attorney for Debtors*

**I HEREBY CERTIFY** under penalty of perjury that the foregoing is true and correct this 3rd day of December, 2017.

                                                 /s/   Nicholas M. Porras, Esq.
                                                 Attorney for Secured Creditor