_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 26, 2018

APN: 139-09-220-065
ANDREW S. T. FRITZ, LTD.
Laura L. Fritz, Esq.
Nevada Bar No. 6568
Andrew S. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 383-5155
Facsimile: (702) 383-2865
contact@fritzlawyers.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

JOHNNY TARVER (XXX-XX-1293)
LARRI JEAN TARVER (XXX-XX-6997),

    Debtor(s).
_____

Case No. BK-S-12-19467-abl
Chapter 13 Proceedings

Hearing Date:   June 25, 2018
Hearing Time:   2:30 p.m.
Trustee:   Rick A. Yarnall

### ORDER RE: MOTION TO DECLARE SECURED CLAIM SATISFIED AND LIEN RELEASED PURSUANT TO F.R.B.P. RULE 5009(d)

THIS MATTER having come before the Court for a hearing on June 25, 2018, on

Debtor's MOTION TO DECLARE SECURED CLAIM SATISFIED AND LIEN RELEASED

PURSUANT TO F.R.B.P. RULE 5009(d); and based upon the papers and pleadings on file

herein, and good cause appearing;

**IT IS HEREBY ORDERED** that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's unsecured second mortgage lien is satisfied in full and is to be released immediately as an Order of Discharge in Chapter 13 case number BK-S-12-19467-abl was entered on May 5, 2018, ECF #229.

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

XX  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

 /S/ Laura L. Fritz, Esq. 
Laura L. Fritz, Esq.
ANDREW S. T. FRITZ, LTD.
Attorney for Debtors

# # #